HOLMES *et al.* v. CRANE, executor, *et al.*

DUCKWORTH, Justice. No error is assigned upon any ruling of the court made during the trial; but the motion for new trial contains only the general grounds that the verdict is contrary to the evidence and without evidence to support it. Upon an examination of the brief of evidence contained in the record it appears that the verdict was authorized by the evidence. The judgment refusing a new trial is

*Affirmed. All the Justices concur.*

No. 12758. JUNE 14, 1939.

*W. J. Laney* and *Harold E. Roland,* for plaintiffs.
*Sam C. Crane,* for defendants.